UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBORAH DAVIS | * | |
|     Plaintiff | * | CIVIL ACTION |
| | * | |
| | * | |
| VERSUS | * | NUMBER: |
| | * | |
| CAPITAL ONE SERVICES, LLC | * | JUDGE: |
| AND AETNA LIFE INSURANCE | * | |
| COMPANY | * | MAGISTRATE: |
|     Defendants | * | |

**************************************************************************

NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel comes Defendant, Capital One Services II, LLC (incorrectly named Capital One Services, LLC), and hereby gives Notice of Removal of Case Number 2013-06962 from the Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Capital One hereby invokes the jurisdiction of this Court under 28 U.S.C. § 1331, and states the following grounds for removal:

1.	On July 25, 2013, Plaintiff filed a civil action against Capital One and Aetna Life Insurance Company entitled "Petition For Payment of Employee Insurance Benefits, Attorney's Fees, and Damages" ("Petition") in the Civil District Court for the Parish of Orleans, State of Louisiana.

2.	On August 27, 2013, Plaintiff filed a Motion to Dismiss Aetna from the lawsuit. On August 29, 2013 the court signed an order dismissing Aetna. Capital One is the only remaining defendant.

3.	On September 19, 2013 Capital One was served with the Petition.

4.      As this Notice is filed with this Court within thirty (30) days after Capital One was served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

5.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon Capital One are attached hereto as Exhibit A.

6.      In the Petition Plaintiff asserts that she "seeks payment of all insurance benefits due and owing."[1]  The benefit plan at issue is governed by ERISA, 29 U.S.C. § 1001, *et seq.  See Plan*, attached as Exhibit B.  Litigation under ERISA presents a federal question and jurisdiction is appropriate for federal courts under 28 U.S.C. § 1331(a) which states that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."  Furthermore, under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the District Courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending."

7.      As Plaintiff seeks benefits under a life insurance plan governed by federal law, federal question jurisdiction lies in this case.  Because the United States District Courts have original jurisdiction over, and federal law controls, actions brought to redress alleged acts in violation of benefit plans and of the provisions of ERISA, removal of this case to this Court under the circumstances herein is proper.  *Metropolitan Life Ins. Co. v. Taylor*, 107 S. Ct. 1542 (1987).  Accordingly, original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331.

---

[1]      Petition, para. IX.

8.       Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9.       Capital One submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10.       Contemporaneously with this filing, Capital One is also filing a Notification of Removal with the Civil District Court for the Parish of Orleans as required by 28 U.S.C. §1446(d).  A true and accurate copy of the Notification of Removal is attached hereto as Exhibit C.

Respectfully submitted this 3rd day of October, 2013.

**JACKSON LEWIS LLP**

/s/   *RENÉ E. THORNE*
RENÉ E. THORNE (T.A.)
La. Bar Roll No. 22875
E-mail:  thorner@jacksonlewis.com
DAISY GURDIÁN KANE
La. Bar Roll No. 33165
E-mail:  Daisy.Kane@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:  (504) 208-1755
Facsimile:  (504) 208-1759

**COUNSEL FOR DEFENDANT,**
**CAPITAL ONE SERVICES II, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Clerk of the Court using the

CM/ECF system and a copy served, via United States Mail, postage prepaid upon:

Tonya S. Johnson
Johnson Law Office
1631 Elysian Fields
New Orleans, La 70117

on October 3, 2013.

*/s/   René E. Thorne*
RENÉ E. THORNE

4820-7836-9046, v.  1