ATTORNEY'S NAME: Johnson, Tonya   26512
AND ADDRESS:
                New Orleans   LA  70117

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:   2013 -- 06962     1     DIVISION: " L "          SECTION: 6

DAVIS, DEBORAH VERSUS CAPITAL ONE SERVICES, LLC  ET AL

## CITATION

TO: CAPITAL ONE SERVICES, LLC
    THROUGH: THEIR REGISTERED AGENT
    CORPORATION SERVICE COMPANY
    320 SOMERULOS STREET
    BATON ROUGE            LA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS ATTORNEY'S FEES AND DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    August 5, 2013    .

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                 The Civil District Court
New Orleans, LA                                    for the Parish of Orleans
                                                    State of LA
                                                    by _____
                                                                Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS ATTORNEY'S FEES AND DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS ATTORNEY'S FEES AND DAMAGES |
| On   CAPITAL ONE SERVICES, LLC | On   CAPITAL ONE SERVICES, LLC |
| THROUGH: THEIR REGISTERED AGENT | THROUGH: THEIR REGISTERED AGENT |
| Returned same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ CAPITAL ONE SERVICES, LLC |
| _____ / ENTERED / _____<br>PAPER              RETURN<br>_____ / _____ / _____<br>SERIAL NO.   DEPUTY   PARISH | being absent from the domicile at time of said service.<br>Returned same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

**EXHIBIT A**

CIVIL DISTRICT COURT FOR THE PARISH ORLEANS
STATE OF LOUISIANA

DOCKET NO: SECTION " . "

DEBORAH DAVIS

v.

CAPITAL ONE SERVICES, LLC AND
AETNA LIFE INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

## PETITION FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS ATTORNEY'S FEES AND DAMAGES

NOW INTO COURT through undersigned counsel comes Deborah Davis, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who with respect represents the following:

MADE DEFENDANTS HEREIN ARE:

a. Capital One Services, LLC (hereinafter Capital One), a business corporation authorized to do and actually doing business within the Parish of Orleans, State of Louisiana and who at all pertinent times was the employer of Deborah Davis;

b. Aetna Life Insurance Company, a foreign or domestic corporation authorized to do and actually doing business within the Parish of Orleans, State of Louisiana; who at all times pertinent herein provided Group Life Insurance coverage to the employees of Capital One Services, LLC.

Said defendants are liable and truly indebted unto plaintiff in the full sum that compensates plaintiff for all the damages suffered herein, including the cost of court, attorney's fees and expert fees to prove damages, respectively with legal interest from the date of judicial demand until paid and for all other equitable relief reasonable under the circumstances based on the following reasons to-wit:

I.

On October 11, 2012 the plaintiff's husband, Jeffrey Davis, died after being pinned under his vehicle.

II.

The plaintiff, Deborah Davis, was employed with defendant, Capital One, at the time of her husband's death.

III.

Capital One was previously known as Hibernia National Bank, which was acquired by Capital One sometime prior to 2006.

IV.

During Deborah Davis' employment with Hibernia National Bank she maintained various life insurance products offered through her employer and one of those insurances was Dependent Accidental Death and Dismemberment Coverage for her husband Jeffrey Davis.

V.

Plaintiff paid for that insurance during her employment with Hibernia and throughout the duration of her employment with Capital One as the successor of Hibernia, and plaintiff was never advised at any point that Dependent Accidental Death and Dismemberment Coverage was no longer being offered by Capital One.

VI.

Plaintiff further submits that she was only advised that Capital One would no longer offer the Cancer Coverage as previously provided.

VII.

Plaintiff submits that she payed continuously for this insurance product and Capital One has denied her payment of said insurance benefits to which she is entitled from their insurance underwriter Aetna Life Insurance.

VIII.

Plaintiff has made amicable demand of payment to no avail.

IX.

Plaintiff seeks payment of all insurance benefits due and owing to plaintiff for Dependent Accidental Death and Dismemberment Insurance as she has paid for the same up to and after her husband's death.

X.

Plaintiff further prays for attorney's fees and for all other damages and equitable relief that this honorable court deems appropriate.

Wherefore, plaintiff, prays that the defendants be served with a copy of the petition and citation and that they be duly cited to appear and answer the same. Plaintiff, moreover, after due proceedings are held, pray that there be judgment in favor of the plaintiff and against the defendants jointly, severally and in solido for all cost including court cost, expert fees, attorney's fees, and for judicial interest from the date of judicial demand until paid, for the amount that is reasonable under the circumstances and for all other equitable relief the court deems proper.

Respectfully submitted,

_____
Tonya S. Johnson (Bar No. 26512)
Johnson Law Office
1631 Elysian Fields
New Orleans, LA 70117
Phone: (504) 948-6201
Fax: (504) 617-6712

**Please Serve:**
Capital One Services, LLC
through their registered agent
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

Aetna Life Insurance
through their registered agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY
_____
DEPUTY CLERK/CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

 

ATTORNEY'S NAME: Johnson, Tonya 26512
AND ADDRESS:
New Orleans LA 70117

RECEIVED
2013 SEP 11 P 3:10

23.06

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

NO: 2013 — 06962  1  DIVISION: "L"  SECTION: 6

DAVIS, DEBORAH VERSUS CAPITAL ONE SERVICES, LLC ET AL

## CITATION

TO: CAPITAL ONE SERVICES, LLC
THROUGH: THEIR REGISTERED AGENT
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE  LA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS ATTORNEY'S FEES AND DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   August 5, 2013

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE              DOMICILIARY SERVICE
On this ___ day of _____    On this ___ day of _____
___ served a copy of the w/i petition   ___ served a copy of the w/i petition
FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS   FOR PAYMENT OF EMPLOYEE INSURANCE BENEFITS
ATTORNEY'S FEES AND DAMAGES   ATTORNEY'S FEES AND DAMAGES

On                            On
CAPITAL ONE SERVICES, LLC     CAPITAL ONE SERVICES, LLC

THROUGH: THEIR REGISTERED AGENT   THROUGH: THEIR REGISTERED AGENT

by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
CAPITAL ONE SERVICES, LLC

Returned same day
No. ___
Deputy Sheriff of _____
Mileage: $ _____

being absent from the domicile at time of said service.
Returned same day
No.

___ / ENTERED / ___
PAPER        RETURN
___ / ___ / ___
SERIAL NO.  DEPUTY  PARISH

Deputy Sheriff of _____

CIVIL DISTRICT COURT FOR THE PARISH ORLEANS

STATE OF LOUISIANA

DOCKET NO: 2013-6962

DIVISION

DEBORAH DAVIS

V.

CAPITAL ONE SERVICES, LLC AND
AETNA LIFE INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

## MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT through undersigned counsel comes plaintiff, Deborah Davis, who on suggesting to the Court that plaintiff wishes to discontinue this lawsuit without prejudice against the named defendant AETNA LIFE INSURANCE COMPANY only preserving its claims against all remaining defendants;

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED that all claims asserted against named defendant AETNA LIFE INSURANCE COMPANY by plaintiff, DEBORAH DAVIS be and are hereby dismissed without prejudice and with each party to bear its own court costs, and further that plaintiff preserves its claims against the remaining defendants.

New Orleans, Louisiana this ___29th___ day of ___August___, 2013.

_____
HONORABLE KERN A. REESE

Respectfully submitted,

_____
Tonya S. Johnson (Bar No. 26512)
Johnson Law Office
1631 Elysian Fields
New Orleans, LA 70117
Phone: (504) 948-6201
Fax: (504) 617-6712

COST PAID
Deputy Clerk

NO COSTS
ORLEANS SHERIFF
ENTERED ON MINUTES
DEPUTY CLERK   AUG 30 2013